Wednesday,
May 26.

BURKE v. MOORE.

APPEAL from the *Shelby* Circuit Court.

*Per Curiam.*—Suit commenced in 1851 by *Burke* for the use of *Doble*, upon a promissory note. Pleas of payment, and accord and satisfaction, to and with *Burke*, and of fraud, want of consideration, &c. Issues. Trial and judgment for defendant.

The Court refused to instruct the jury that *Moore* could not, by obtaining a receipt from *Burke* (the payee of the note) that he had paid the said note to him, prevent *Doble* from recovering the amount of the note, from the maker, in the name of *Burke*, the payee, if *Moore* knew, when he paid the note to *Burke* that *Doble* was the equitable owner thereof, though it had not been assigned to him by indorsement.

We think the instruction asserts a correct abstract principle of law. *Ford* v. *Rehman*, Wright (O. R.), 434, is a case in point. But we think the decision right upon the evidence. *Doble* does not appear to have been the *bona fide* owner of the note.

The judgment is affirmed with costs.

*M. M. Ray*, for the appellant.

*W. J. Peaslee*, for the appellee.